**No. 66950.**—Lloyd L. Garnell *v.* United States, protest 60/30827 (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of electric-light fixtures similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiff was sustained.

**No. 66951.**—Mottahedeh Manufacturing Co., Inc. *v.* United States, protest 61/15071 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiff was sustained.